Bernard W. Snow, as bailiff of the municipal court of Chicago for the use of Fred Hayek, appellee, v. Lloyd L. Warfield and United States Fidelity & Guarantee Company, on appeal of United States Fidelity & Guaranty Company, appellant. Gen. No. 34,663.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931.

Eugene P. Kealy, for appellant. William H. A. Rust and Ernest C. Reniff, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.